DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SEARS, CHAD ALAN and
SEARS, ANDREA

Case No.  05-02621-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $100.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SEARS, CHAD ALAN and SEARS, ANDREA | 440 HUNZIKER RD YAKIMA , WA 98908 | $100.00 |

Dated: September 23, 2010

_David for Brun_

DANIEL H. BRUNNER, Chapter 13 Trustee

_Receipt # 875092     10-1-10                    # 100.00_